# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLOBAL SYNTHETICS
ENVIRONMENTAL, LLC

VERSUS

WALKER CONSTRUCTION COMPANY,
INC.

NO.   2024 CW 0778

NOVEMBER 18, 2024

---

In Re:    Global Synthetics Environmental, LLC, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 696097.

---

BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.

WRIT DENIED.

> MRT
> WRC
> CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT